# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: BARBARA RUTH CRAM | Case No. 2:15-cv-00540-RFB-CWH |
| | **ORDER** |

Barbara Ruth Cram is a *pro se* plaintiff who has sent twenty-seven letters to the Court in which Ms. Cram requests the Court's assistance with various matters. (*See* ECF Nos. 1-27.) This case was initiated upon the Court's receipt of Ms. Cram's first letter, however, Ms. Cram has not filed a complaint. Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Absent a complaint, the Court lacks jurisdiction to act on any of the requests set forth in Ms. Cram's letters. The Court therefore will order Ms. Cram to file a complaint if she intends to proceed with this case. Ms. Cram further is advised that if she decides to file a complaint, it must be accompanied by the applicable filing fee or an application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that Barbara Ruth Cram must file a complaint, along with the applicable filing fee or application to proceed *in forma pauperis*, within 30 days of the date of this Order.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation that this case be dismissed.

DATED: September 23, 2015.

                                                                            _____
                                                                            C.W. Hoffman, Jr.
                                                                            United States Magistrate Judge