# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: BARBARA RUTH CRAM ) Case No. 2:15-cv-00540-RFB-CWH
)
) **ORDER**

Presently before the court is pro se Plaintiff Barbara Ruth Cram's letter (ECF No. 30) dated October 19, 2015, requesting an extension of time of 30 days to file her complaint. Plaintiff states that an extension of time is necessary because she is "poor and attacked." (*Id.* at 1.) Plaintiff's letter also requests the court's assistance with various other matters including obtaining copies of the letters she has sent to the court, receiving permission to proceed in forma pauperis, and being appointed an attorney. (*Id.* at 1-2.) Although it is somewhat unclear, is appears Plaintiff also is requesting assistance related to multiple rapes, locating missing babies, and genocide. (*Id.* at 1-4.)

To date, Ms. Cram has sent twenty-nine letters to the court in which she requests the court's assistance with various matters. (*See* ECF Nos. 1-27, 29-30.) This case was initiated upon the court's receipt of Ms. Cram's first letter, however, Ms. Cram has not filed a complaint. Thus, on September 23, 2015, the court entered an order (ECF No. 28) requiring Ms. Cram to file a complaint within 30 days from the date of the order. The court advised Ms. Cram that absent a complaint, which commences a civil action, the court lacks jurisdiction to act on any of the requests set forth in Ms. Cram's letters. (*Id.*)

Having reviewed and considered Ms. Cram's most recent letter (ECF No. 30), and good cause appearing,

IT IS ORDERED that Barbara Ruth Cram's request for an additional 30 days to file a complaint is GRANTED. Ms. Cram must file a complaint, along with the applicable filing fee or

application to proceed *in forma pauperis*, within 30 days of the date of this order. All other requests in Ms. Cram's letter are DENIED, without prejudice.

      IT IS FURTHER ORDERED that the Clerk of Court shall send to Ms. Cram a blank application to proceed *in forma pauperis* (short form) as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed *In Forma Pauperis*."

      IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: November 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**